1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7  UNITED STATES OF AMERICA,              2:19-CR-230-JAD-VCF

8              Plaintiff,                 **Final Order of Forfeiture**

9        v.

10 IAN BAUTISTA,

11             Defendant.

12      The United States District Court for the District of Nevada entered a Preliminary

13 Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. §

14 2253(a)(1) and (a)(3) based upon the plea of guilty by Ian Bautista to the criminal offenses,

15 forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the

16 Criminal Information and shown by the United States to have the requisite nexus to the

17 offenses to which Ian Bautista pled guilty. Criminal Information, ECF No. 2; Arraignment

18 & Plea, ECF No. 10; Plea Agreement, ECF No. 14; Preliminary Order of Forfeiture, ECF

19 No. 15.

20      This Court finds that on the government's motion, the Court may at any time enter

21 an order of forfeiture or amend an existing order of forfeiture to include subsequently

22 located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and

23 32.2(b)(2)(C).

24      This Court finds the United States published the notice of forfeiture in accordance

25 with the law via the official government internet forfeiture site, www.forfeiture.gov,

26 consecutively from May 1, 2020, through May 30, 2020, notifying all potential third parties

27 of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No.

28 23-1, p. 5.

On April 8, 2020, the United States Attorney's Office served Tim Long with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 21-1, p. 3, 5-7, 9-11, 13-15.

On April 8, 2020, the United States Attorney's Office served Rosa Long with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 21-1, p. 3, 5-7, 9-11, 16-18.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and (a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1.  LG Cellular Phone, Model LG-L82VL, IMEI 355865071058744 (property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: May 17, 2021.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

2